FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2020

No. 04-20-00470-CV

Julie G. **HENSLEY** and Mark B. Hensley,
Appellants

v.

**THE CITY OF INGRAM**,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 19355B
Honorable Solomon Casseb, Jr., Judge Presiding

## O R D E R

The reporter's record was due on September 21, 2020. *See* TEX. R. APP. P. 35.1. After the due date, court reporter Sandra Jackson filed a first notification of late reporter's record due to relying on the originally posted deadline of November 2, 2020. She has requested an extension of time to file the record until October 26, 2020.

The request is GRANTED. The reporter's record is due on October 26, 2020. *See id.* R. 35.3(c).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2020.

MICHAEL A. CRUZ, Clerk of Court